AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America            §
                                     § CRIMINAL COMPLAINT
vs.                                  § CASE NUMBER: DR:24-M -02947(1)
                                     §
(1) Sara Dehghanirostami              §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 30, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, CARRASCO, EDWIN A.** and that this complaint is based on the following facts: *"On or about September 30, 2024, the defendant, DEHGHANIROSTAMI, SARA, an alien who is a native and citizen of Iran, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

Sworn to before me and subscribed in my presence,

/s/ CARRASCO, EDWIN A.
Signature of Complainant
CARRASCO, EDWIN A.
Border Patrol Agent

10/11/2024
File Date

at   DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer