# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America

**WARRANT FOR ARREST**

v.

(1) Sara Dehghanirostami

Case Number:
DR:24-M -02947(1)

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest                 (1) Sara Dehghanirostami
                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*On or about September 30, 2024, the defendant, DEHGHANIROSTAMI, SARA, an alien who is a native and citizen of Iran, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

*in violation of Title*        **8**        United States Code, Section(s)        **1325(a)(1)**

JOSEPH A CORDOVA
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

October, 11, 2024 DEL RIO, Texas
Date and Location

Bail Fixed at $    DETAIN          by        JOSEPH A CORDOVA
                                                      Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>   October 11, 2024 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>   September 30, 2024 | CARRASCO, EDWIN A.<br>Border Patrol Agent | /s/ CARRASCO, EDWIN A. |