**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

**FILED**

**JAN 10 2025**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| **VS.** § | **CAUSE NO.: DR24-2947M** |
| § | |
| § | |
| § | |
| **SARA DEHGHANIROSTAMI** § | |
| § | |

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On September 30, 2024, **SARA DEHGHANIROSTAMI** (Hereinafter "Defendant") unlawfully entered or attempted to enter the United States near Eagle Pass, Texas within the Western District of Texas, at a time and place other than that designated by United States immigration officials for the entrance of immigrants into the United States. The Defendant is an alien and citizen of Iran. The Defendant committed all of the foregoing acts knowingly and voluntarily with the specific intent to violate the law.

Respectfully submitted,

JAIME ESPARZA
United States Attorney

By: _____
KATHERINE GORSKI
Assistant United States Attorney

SARA DEHGHANIROSTAMI
Page 1 of 2

After consulting with my attorney, I hereby stipulate the above Statement of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt. **I accept responsibility for my actions in this case and apologize for having committed this offense.**

Signed this _10_ day of _JANUARY_, 202~~4~~. 5

_____
SARA DEHGHANIROSTAMI
Defendant

I am Defendant's Attorney, I have carefully reviewed the above Stipulation of Facts with the Defendant. To my knowledge, Defendant's decision to stipulate to such facts is informed and voluntary.

Signed this _10_ day of _JANUARY_, 202~~4~~. 5

_____
~~GARY A. VILLARREAL~~ HARRISON DECLAN
Defendant's Attorney

Adopted and approved this _10th_ day of _January_, 2025 ~~2024~~.

_____
ERNEST GONZALEZ
United States District Judge

SARA DEHGHANIROSTAMI
Page 2 of 2